1 Amy E. Clark Kleinpeter, State Bar Number 223491
2 Clark Kleinpeter Law
14431 Ventura Blvd., #750
3 Sherman Oaks, CA 91423
4 Telephone: (626) 507-8090
Fax: (626) 737-6030
5
6 Attorney for Angel Malave, Plaintiff

7
8
9 UNITED STATES DISTRICT COURT
10
11 CENTRAL DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| Angel Malave, an individual,<br>Plaintiff,<br><br>vs.<br><br>DEBT RESOLUTION CENTER, f/k/a FREEDOM DEBT CENTER, a California Corporation; NOTEWORLD, LLC, d/b/a NOTEWORLD SERVICING CENTER, a Delaware limited liability company, NATIONWIDE SUPPORT SERVICES, INC., a California corporation and Does 1 to 10,<br><br>Defendants. | Case No. CV11-7371 R (JEMX)<br><br>Hon. Manuel L. Real<br><br>NOTICE that Plaintiff will File Second Amended Complaint as allowed by Rule 15(a)<br><br>Courtroom: 8, Spring Street, 2nd floor |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that in response to Defendants' Request for more definite statement, motion for dismissal, and as allowed by Rule 15(a), Plaintiff will file a SECOND AMENDED COMPLAINT addressing the issues discussed in Defendant's request.

Plaintiff will file Second Amended Complaint on or before OCTOBER 14, 2011.

Dated: October 13, 2011

Clark Kleinpeter Law

By _____
Amy E. Clark Kleinpeter
Attorney for Angel Malave, Plaintiff