UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-11-7371-R                                               Date: November 2, 2011

Title:  ANGEL MALAVE -V- DEBT RESOLUTION CENTER et al
==================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                                         None

PROCEEDINGS:    MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED that on the Court's own motion the:**

   **Plaintiffs' motion for leave to file 2nd amended complaint**

**is hereby ORDERED <u>CONTINUED</u> from November 7, 2011 AT 10:00 A.M.**

**to November 21, 2011 AT 10:00 A.M.  Pursuant to Local Rules 6 and**

**6-1 a notice of motion shall be filed with the Clerk not later than 28**

**days before the date set for hearing, excluding the day of the act, event**

**or default that begins the period.  The motion as filed did not comply**

**with these rules, and therefore is continued to Judge Real's next listed**

**date for hearing of motions.**


cc: counsel of record


MINUTES FORM 11                                                   Initials of Deputy Clerk ___WH____
CIVIL -- GEN