# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.:** CV-11-7371-R                                   **Date:** November 28, 2011

**TITLE:** ANGEL MALAVE V. DEBT RESOLUTION CENTER et al
==================================================================
**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

| William Horrell | Theresa Lanza |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**

Lisa Saborio                                                                    Steven Krongold

**PROCEEDINGS:**  1) Defendants' motion to dismiss 1st amended complaint (fld 9-27-11)
2) Defendants' motion for more definite statement (fld 9-27-11)
3) Plaintiff's motion for leave to file 2nd amended complaint (fld 10-25-11)

The Court hears arguments of counsel.

The Court GRANTS defendant's motion to dismiss, with 10 days leave to amend as to claim 1, and with prejudice as to counts 2 and 4. Items # 2 and # 3 as listed above are thereby rendered moot.

Defendants shall submit a proposed order.

8 min

MINUTES FORM 90                                              Initials of Deputy Clerk   WH
CIVIL -- GEN