# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.: CV-11-7371-R                                      Date: **February 6, 2012**

TITLE: ANGEL MALAVE V. DEBT RESOLUTION CENTER et al
==================================================================
PRESENT:

                    **HON. MANUEL L. REAL, JUDGE**

   **Kane Tien**                                      **Cindy Nirenberg**
   Deputy Clerk                                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

   Lisa Saborio                                  Matthew Edward Abrams, SA


PROCEEDINGS:    Defendants' motion to dismiss 2nd amended complaint (fld 12-20-11)
                Defendants' motion to compel arbitration and to dismiss or stay action (fld 12-27-11)


The Court hears oral arguments of counsel.

The Court GRANTS defendants' motion to dismiss 2nd amended complaint, with ten (10) days leave to amend, for reasons stated on the record.

The Court DENIES defendants' motion to compel arbitration, for reasons stated on the record.

Defendants shall submit a proposed order.


                                                                    11 min

MINUTES FORM 90                                  Initials of Deputy Clerk   KTI
CIVIL -- GEN