# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge _Real_

From: _Shea Bourgeois_, Deputy Clerk    Date Received: _2-10-12_

Case No.: _11-cv-7371 R(JEMx)_    Case Title: _Angel Malave v. Debt Resolution_

Document Entitled: _Order Denying Defendants Motion_

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1      Document not legible
☐ Local Rule 11-3.8      Lacking name, address, phone, facsimile numbers and email address
☐ Local Rule 11-4.1      No copy provided for judge
☐ Local Rule 19-1        Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1        Proposed amended pleading not under separate cover
☐ Local Rule 11-6        Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8        Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1       No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1         Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1        Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2        Statement of genuine disputes of material fact lacking
☐ Local Rule 7-19.1      Notice to other parties of ex parte application lacking
☐ Local Rule 16-7        Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)        No proof of service attached to document(s)
☐ General Order 08-02    Case is designated for electronic filing
☒ Other: _Per GO 10-07, case is designated for electronic filing_

FILED
CLERK, U.S. DISTRICT COURT
FEB 15 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____        _____
Date                                  U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_Feb. 15, 2012_                       _[signature]_
Date                                  U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

---

CV-104A (12/10)                NOTICE OF DOCUMENT DISCREPANCIES

Amy E. Clark Kleinpeter, State Bar Number 223491
Clark Kleinpeter Law
14431 Ventura Blvd., #750
Sherman Oaks, CA 91423
Telephone: (626) 507-8090
Fax: (626) 737-6030

Attorney for Angel Malave

RECEIVED & RETURNED
CLERK, U.S. DISTRICT COURT
FEB 1 5 2011
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angel Malave, an individual,<br>Plaintiff,<br><br>vs.<br><br>DEBT RESOLUTION CENTER, f/k/a FREEDOM DEBT CENTER, a California Corporation; NATIONWIDE SUPPORT SERVICES, INC., a California corporation and Does 1 to 10,<br><br>Defendants | Case No. CV-11-7371 R (JEMx)<br><br>*Hon. Manuel L. Real*<br><br>ORDER DENYING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT<br><br>Courtroom: 8 (second floor)<br>Date: February 6, 2012<br>Time: 10:00 a.m. |

RECEIVED BUT NOT FILED
FEB 1 0 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Defendant's Motion to Compel Arbitration and to Dismiss Plaintiff's Second Amended Complaint for Failure to State a Claim for Relief came before this Court for hearing at 10:00 a.m. on February 6, 2012 in Courtroom 8, Honorable Manuel L. Real presiding.

After reviewing the filed documents and considering the party's oral arguments, IT IS HEREBY ORDERED THAT:

Defendant's Motion to Compel Arbitration is denied. Defendants failed to compel arbitration of Plaintiff's claims within the contract's undisputed, express thirty (30) day time limit.

Also, Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint for Failure to State a Claim for Relief is granted without prejudice. It is undisputed that Plaintiff filed his First Amended Complaint alleging violations of the Electronic Funds Transfer Act more than one year after the date of the occurrence of the violation. However, he may plausibly argue for equitable tolling of the Statute of Limitations if he pleads specific facts showing active concealment of Nationwide Support Services, Inc.'s role in the underlying transactions. Plaintiff has 10 days to amend his Complaint.

_____
Manuel L. Real
U.S. DISTRICT JUDGE