Steven L. Krongold (State Bar No. 125952)
**KRONGOLD LAW CORP., P.C.**
8105 Irvine Center Drive, Suite 900
Irvine, California 92618
Phone: 949-651-1900
Fax:    949-861-9225

Attorney for Defendants
Debt Resolution Center, f/k/a Freedom Debt Center,
Debt Resolution Center LP, and
Nationwide Support Services, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL MALAVE, an individual,<br><br>             Plaintiff,<br><br>     vs.<br><br>DEBT RESOLUTION CENTER, f/k/a FREEDOM DEBT CENTER, a California corporation, NATIONWIDE SUPPORT SERVICES, INC., a California corporation, and DOES 1 to 10,<br><br>             Defendants. | Case No. CV11-7371 R (JEMx)<br>Hon. Manuel L. Real<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS THIRD AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM FOR RELIEF**<br><br>**[Fed.R.Civ.Proc. 12(b)(6)]**<br><br>Date:  April 2, 2012<br>Time: 10:00 a.m.<br>Ctrm: 8, Spring Street, 2nd Floor |

Krongold Law Corp., P.C.

-1-

NOTICE OF MOTION AND MOTION TO DISMISS THIRD AMENDED COMPLAINT

TO PLAINTIFF AND TO HIS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on April 2, 2012, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8 of the above-entitled court, located at 312 North Spring Street, Los Angeles, California, Defendants Debt Resolution Center, f/k/a Freedom Debt Center, a California corporation, Debt Resolution Center LP, a California partnership, and Nationwide Support Services, Inc. (Defendants) will and hereby do move, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing the Third Amended Complaint (TAC) on grounds the complaint fails to set forth sufficient facts to state a plausible claim for relief for fraud and on grounds the complaint is barred by the one-year statute of limitations set forth in the Electronic Funds Transfer Act, 15 U.S.C. § 1693m(g).

The motion will be based on this notice, the memorandum of points and authorities filed herewith, any supplemental briefs of the parties, matters upon which the court may take judicial notice, the records, files and pleadings on file in the above-entitled action, and such further and additional evidence and argument as may be presented to the Court at or before the hearing on the motion.

Dated: March 1, 2012                KRONGOLD LAW CORP., P.C.

By: _/s/ Steven L. Krongold_____
Steven L. Krongold
Attorneys for Defendants
Debt Resolution Center, f/k/a Freedom Debt Center, Debt Resolution Center LP, and Nationwide Support Services, Inc.