NO JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL MALAVE, an individual, | Case No. CV11-07371 R (JEMx) |
| Plaintiff, | Hon. Manuel L. Real |
| vs. | **JUDGMENT** |
| DEBT RESOLUTION CENTER, f/k/a FREEDOM DEBT CENTER, a California corporation, NATIONWIDE SUPPORT SERVICES, INC., a California corporation, and DOES 1 to 10, | **[Fed.R.Civ.Proc. 54(b)]** |
| Defendants. | |

1

2          On April 3, 2012, the Court issued an order dismissing, without leave

3  to amend, Count One (Fraud) and Court Two (Violation of EFTA) as to Defendant

4  Nationwide Support Services, Inc., a California corporation (Nationwide Support

5  Services).  The foregoing order having fully adjudicated all claims for relief in

6  Plaintiff's operative complaint, and having found no just reason to delay entry of

7  Judgment, the Court hereby enters judgment as follows pursuant to Federal Rule of

8  Civil Procedure 54(b):

9          1.      Judgment is entered in favor of Defendant Nationwide Support

10  Services;

11          2.      Plaintiff takes nothing by his complaint and his complaint is

12  dismissed with prejudice against Nationwide Support Services;

13          3.      Defendant Nationwide Support Services is to recover from

14  Plaintiff its costs of suit herein.

15          IT IS SO ORDERED.

16
   Dated: APRIL 5, 2012
17          _____

18                                MANUEL L. REAL
                                  U.S. DISTRICT COURT JUDGE
19

20  Respectfully submitted,

21  Dated:  April 5, 2012                    KRONGOLD LAW CORP., P.C.

22                                               /s/  Steven L. Krongold
                                            By: _____
23                                               Steven L. Krongold
                                                 Attorneys for Defendant
24                                               Nationwide Support Services, Inc.

25

26

27

28
   KRONGOLD LAW CORP., P.C.                      -2-
                                         PROPOSED JUDGMENT