# INVOICE

CHASE DEPOSITION SERVICES
2300 E. Katella Avenue
Suite 175
Anaheim CA  92806
Phone:800.949.8044  Fax:714.459.8104

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8673 | 7/27/2011 | 13459 |
| **Job Date** | **Case No.** | |
| 7/13/2011 | | |
| **Case Name** | | |
| Angel R Malave v Debt Resolution Center | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Steve Krongold
Krongold Law Corp., P. C.
8105 Irvine Center Drive
Suite 900
Irvine CA  92618

ORIGINAL AND 1 CERTIFIED TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Angel R. Malave | 110.00 Pages | @ | 5.35 | 588.50 |
| Exhibit | 58.00 Pages | @ | 0.50 | 29.00 |
| Delivery Per Location | 3.00 | @ | 12.00 | 36.00 |
| Adobe Exhibits | 58.00 Pages | @ | 0.50 | 29.00 |
| Production and Handling | | | 45.00 | 45.00 |
| Certification Fee | | | 10.00 | 10.00 |
| Parking | | | 25.00 | 25.00 |

**TOTAL DUE >>>** **$762.50**

AFTER 9/25/2011 PAY $838.75

WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES INCURRED, NOT THEIR CLIENT.  CCP SECTIONS 2025.510 (H) AND (I).

*Please reference our invoice number when making payment* PLEASE MAKE CHECKS PAYABLE TO MICHAELS & MICHAELS, CSR INC. OR YOU CAN PAY ONLINE AT OUR CLIENT CENTER: www.deposervices.com

THANK YOU FOR CHOOSING CHASE DEPOSITION SERVICES!

**Tax ID:** 20-0288392                                                                        Phone: 949-651-1900    Fax:949-861-9225

*Please detach bottom portion and return with payment.*

Steve Krongold
Krongold Law Corp., P. C.
8105 Irvine Center Drive
Suite 900
Irvine CA  92618

| | | | |
|---|---|---|---|
| Job No. | : 13459 | BU ID | : 08-MAIN |
| Case No. | : | | |
| Case Name | : Angel R Malave v Debt Resolution Center | | |
| Invoice No. | : 8673 | Invoice Date | : 7/27/2011 |
| **Total Due** | **: $762.50** | | |

AFTER 9/25/2011 PAY $838.75

Remit To:  **CHASE DEPOSITION SERVICES**
            **2300 E. Katella Avenue**
            **Suite 175**
            **Anaheim CA  92806**

**PAYMENT WITH CREDIT CARD**                 MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____    Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____