

# Online Banking

**BUSINESS : Transaction Details**

**Transaction Details:**

| | |
|---|---|
| Description: | Chase Deposition Services Bill Payment |
| Posting date: | 09/23/2011 |
| Amount: | $762.50 |
| Type: | Online Transaction |
| Account Nickname: | BUSINESS |
| Account number: | Checking-6150 |

**Additional Details:**

**My Description:**