JS-6

Steven L. Krongold (State Bar No. 125952)
**KRONGOLD LAW CORP., P.C.**
8105 Irvine Center Drive, Suite 900
Irvine, California 92618
Phone: 949-651-1900
Fax:    949-861-9225

Attorney for Defendants
Debt Resolution Center, f/k/a Freedom Debt Center,
Debt Resolution Center LP, and
Nationwide Support Services, Inc.

FILED
CLERK, U.S. DISTRICT COURT
APR 27 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL MALAVE, an individual,<br><br>        Plaintiff,<br>  vs.<br><br>DEBT RESOLUTION CENTER, f/k/a FREEDOM DEBT CENTER, a California corporation, DEBT RESOLUTION CENTER LP, a California partnership, NATIONWIDE SUPPORT SERVICES, INC., a California corporation, and DOES 1 to 10,<br><br>        Defendants. | Case No. CV11-7371 R (JEMx)<br>Hon. Manuel L. Real<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE AND ORDER Thereon**<br>[Fed.R.Civ.Proc. 41(a)(2)] |

1  Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), all parties
2  who have appeared in this action, by and through their respective attorneys of
3  record, hereby stipulate and agree to a dismissal of this action with prejudice and
4  with all parties to bear their own fees and costs of suit.

5  Dated: April 26, 2012            CLARK KLEINPETER LAW

6                                   By: /s/ Amy Clark Kleinpeter
7                                   _____
                                    Amy Clark Kleinpeter
8                                   Attorney for Plaintiff
                                    Angel Malave

9  Dated: April 26, 2012            KRONGOLD LAW CORP., P.C.

10                                  By: /s/ Steven L. Krongold
11                                  _____
                                    Steven L. Krongold
12                                  Attorney for Defendants
                                    Debt Resolution Center, f/k/a Freedom
13                                  Debt Center, Debt Resolution Center, LP,
                                    and Nationwide Support Services, Inc.

IT IS SO ORDERED

DATE _____ April 27, 2012

_____
U.S. DISTRICT COURT JUDGE

Defendants' motion for attorney fees set for May 21, 2012 at 10 Am is OFF CALENDAR.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CERTIFICATE OF SERVICE

*Angel Malave v. Debt Resolution Center, et al.*, 2:11-cv-07371-R-JEM

I, the undersigned, certify and declare that I am a member of the Bar of this Court. On April 26, 2012, I electronically filed **STIPULATION TO DISMISS ACTION WITH PREJUDICE** with the Clerk of Court using ECF which will send notification of such filing(s) to the following registered participants:

| Amy E Clark Kleinpeter<br>amyck1@gmail.com | Counsel for Plaintiff Angel Malave |
|---|---|

I hereby certify under the penalty of perjury that the foregoing is true and correct.

DATED: 4/26/2012

/s/ Steven L. Krongold

_____

Steven L. Krongold
KRONGOLD LAW CORPORATION
8105 Irvine Center Dr., Ste. 900
Irvine, CA 92618